# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| **CHANNEL CONTROL MERCHANTS, LLC** | **PLAINTIFF/COUNTER-DEFENDANT** |
| **v.** | **CIVIL ACTION NO. 2:20-cv-190-TBM-MTP** |
| **JOSEPH C. IZGANICS** | **DEFENDANT/COUNTER-PLAINTIFF** |

## ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT

This matter came before the Court on Joseph Izganics' Motion for Summary Judgment [12] and Channel Control Merchants, LLC's Motion for Summary Judgment [23]. At the hearing conducted in this matter on August 25, 2021, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the General Release at issue is ambiguous. As a result, both Joseph Izganics' Motion for Summary Judgment [12] and Channel Control Merchants, LLC's Motion for Summary Judgment [23] are denied.

IT IS THEREFORE ORDERED AND ADJUDGED that the Court's findings and conclusions announced from the bench at the hearing conducted in this matter on August 25, 2021, are ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that Joseph Izganics' Motion for Summary Judgment [12] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Channel Control Merchants, LLC's Motion for Summary Judgment [23] is DENIED.

THIS, the 26th day of August, 2021.

                                                  TAYLOR B. McNEEL
                                                  UNITED STATES DISTRICT JUDGE